UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

MPC (DOB 10/10/1996), by his guardian, CMC,

    Plaintiff,

v.

RACINE COUNTY, JALEE BANACH, HOPE OTTO, MY CHOICE WISCONSIN, INC., MICHELE KENNON, HELPING HANDS ON 75TH STREET, LLC, DORAN JOSE KEMP II a/k/a DORAN J. KEMP, JR., ALEX MAYFIELD, LEKEISHA M. JOHNSON, DANNY C. WEBB, ROGER L. HUGHLEY, LORI KNAPP RICHLAND, INC., JOHN DOES 1-25, ABC INS. CO., DEF INS. CO., GHI INS. CO, JKL INS. CO., MNO INS. CO., and MICHAEL MIXON,

    Defendants.

Case No.: 2:24-cv-00630-BHL

---

## DEFENDANT MY CHOICE WISCONSIN, INC.'S
## ANSWER AND AFFIRMATIVE DEFENSES

---

Defendant My Choice Wisconsin, Inc. ("My Choice"), by its attorneys, Litchfield Cavo LLP, for its Answer and Affirmative Defenses to Plaintiff's Complaint, pleads as follows.

### ANSWER

1.    Paragraph 1 contains legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

2. – 4.    Answering Paragraphs 2 – 4, deny as to My Choice; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained therein.

5. – 7.    Paragraphs 5 – 7 contain legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

8. – 9.    Answering Paragraphs 8 – 9, admit.

10.    Paragraph 10 contains legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

11. – 12.    Answering Paragraphs 11 – 12, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

13.    Answering Paragraph 13, admit My Choice is a Wisconsin corporation with its principal place of business located at 10201 West Innovation Dr., Suite 100, Wauwatosa, WI; admit the registered agent for My Choice is Kevin Collins, with a registered address of 10201 West Innovation Dr., Suite 100, Wauwatosa, WI; deny My Choice is a Managed Care Organization (MCO) and Health Maintenance Organization (HMO) that provides health and community support for adults who have a disability determination from Medicaid SSI; and assert My Choice was a Managed Care Organization (MCO) and Health Maintenance Organization (HMO) that provided health and community support for adults who have a disability determination from Medicaid SSI, but ceased operation on or about September 1, 2023.

14.    Answering Paragraph 14, admit Defendant Michele Kennon ("Kennon") was an employee of My Choice employed as a Social Work Care Manager; admit Kennon was the case manager assigned to Plaintiff when he was placed; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained therein.

15. – 22.	Answering Paragraphs 15 – 22, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

23.	Answering Paragraph 23, deny My Choice or its employees caused, enabled, supported and/or effectuated Plaintiff's injures; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained therein.

24. – 26.	Answering Paragraphs 24 – 26, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

27. – 31.	Paragraphs 27 – 31 contain legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

32. – 36.	Answering Paragraphs 32 – 36, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

37.	Answering Paragraph 37, admit Plaintiff was placed at the Property by My Choice; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained therein.

38.	Answering Paragraph 38, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

39.	Answering Paragraph 39, admit.

40. – 53.	Answering Paragraphs 40 – 53, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

54.	Answering Paragraph 54, reallege and incorporate by reference the admissions, denials, and assertions contained within the preceding paragraphs of this Answer.

55. – 63.  Paragraphs 55 – 63 contain legal conclusions to which no response is required; to the extent a response is required, Paragraphs 55 – 63 are not asserted against My Choice; to the extent Paragraphs 55 – 63 are asserted against My Choice, deny as to My Choice; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations and legal conclusions contained therein.

64.  Answering Paragraph 64, reallege and incorporate by reference the admissions, denials, and assertions contained within the preceding paragraphs of this Answer.

65.  Answering Paragraph 65, admit as to My Choice; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained therein.

66.  Paragraph 66 contains legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

67. – 68.  Answering Paragraphs 67 – 68, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

69. – 70.  Paragraphs 69 – 70 contain legal conclusions to which no response is required; to the extent a response is required, deny as to My Choice; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations and legal conclusions contained therein.

71.  Paragraph 71 contains legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

72.  Answering Paragraph 72, reallege and incorporate by reference the admissions, denials, and assertions contained within the preceding paragraphs of this Answer.

73. – 75. Paragraphs 73 – 75 contain legal conclusions to which no response is required; to the extent a response is required, deny as to My Choice; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations and legal conclusions contained therein.

76. Paragraph 76 contains legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

77. – 78. Paragraphs 77 – 78 contain legal conclusions to which no response is required; to the extent a response is required, deny as to My Choice; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations and legal conclusions contained therein.

79. Answering Paragraph 79, reallege and incorporate by reference the admissions, denials, and assertions contained within the preceding paragraphs of this Answer.

80. Paragraph 80 contains legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

81. – 84. Paragraphs 81 – 84 contain legal conclusions to which no response is required; to the extent a response is required, deny as to My Choice; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations and legal conclusions contained therein.

85. Answering Paragraph 85, reallege and incorporate by reference the admissions, denials, and assertions contained within the preceding paragraphs of this Answer.

86. – 87. Answering Paragraphs 86 – 87, deny as to My Choice, and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained therein.

88. – 89. Paragraphs 88 – 89 contain legal conclusions to which no response is required; to the extent a response is required, deny as to My Choice; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations and legal conclusions contained therein.

90. Answering Paragraph 90, reallege and incorporate by reference the admissions, denials, and assertions contained within the preceding paragraphs of this Answer.

91. – 92. Answering Paragraphs 91 – 92, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

93. Paragraph 93 contains legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

94. Answering Paragraph 94, reallege and incorporate by reference the admissions, denials, and assertions contained within the preceding paragraphs of this Answer.

95. – 96. Paragraphs 95 – 96 contain legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

97. Answering Paragraph 97, reallege and incorporate by reference the admissions, denials, and assertions contained within the preceding paragraphs of this Answer.

98. – 99.     Paragraphs 98 – 99 contain legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

100. – 101.     Answering Paragraphs 100 – 101, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

102.     Paragraph 102 contains legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

103. – 104.     Answering Paragraphs 103 – 104, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

105.     Paragraph 105 is not asserted against My Choice; to the extent Paragraph 105 is asserted against My Choice, deny as to My Choice; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained therein.

106.     Answering Paragraph 106, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

107.     Paragraph 107 contains legal conclusions to which no response is required; to the extent a response is required, Paragraph 107 is not asserted against My Choice; to the extent Paragraph 107 is asserted against My Choice, deny as to My Choice; and deny knowledge and information sufficient to form a belief as to the truth of the remaining allegations and legal conclusions contained therein.

108.     Answering Paragraph 108, reallege and incorporate by reference the admissions, denials, and assertions contained within the preceding paragraphs of this Answer.

109. Paragraph 109 contains legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

110. Answering Paragraph 110, reallege and incorporate by reference the admissions, denials, and assertions contained within the preceding paragraphs of this Answer.

111. Paragraph 111 contains legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

112. Answering Paragraph 112, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

113. Paragraph 113 contains legal conclusions to which no response is required; to the extent a response is required, deny knowledge and information sufficient to form a belief as to the truth of the allegations and legal conclusions contained therein.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's damages may have been caused in whole or in part by acts or omissions of persons other than My Choice and for whose conduct My Choice is not responsible for or liable.

2. Plaintiff's injuries and damages may have been caused in whole or in part by a superseding and/or intervening cause.

3. Plaintiff may have failed to mitigate his damages.

4. The Complaint fails to state a claim upon which relief can be granted.

5. Plaintiff may have been contributorily negligent.

6. Plaintiff may have failed to join all necessary parties.

7. This Court may lack personal jurisdiction over one or more defendants.

8. One or more of Plaintiff's claims may be barred by one or more statutes of limitations and/or statutes of repose.

9. My Choice asserts and incorporates by reference any and all affirmative defenses asserted by any other defendant.

10. My Choice alleges all affirmative defenses required to be pled under FED. R. CIV. P. 8(c)(1) & 12(b) for the purpose of avoiding waiver of any such affirmative defenses as they may later apply. My Choice also reserves the right to assert additional affirmative defenses that may become available as a result of future discovery in this action.

WHEREFORE, Defendant My Choice Wisconsin, Inc. seeks judgment as follows:

A. Dismissing the Complaint;

B. Awarding My Choice Wisconsin, Inc. all costs and attorney fees allowed by law; and

C. For other relief allowed in law and equity the Court deems appropriate and just.

Dated this 29th day of July 2024.

        LITCHFIELD CAVO LLP
        Attorneys for Defendant My Choice Wisconsin, Inc.

        By:   /s/ *Alan J. Mazzulla*
            Alan J. Mazzulla
            Wis. State Bar No. 1107143
            John L. Pollock
            Wis. State Bar No. 1056541
            250 East Wisconsin Ave., Suite 800
            Milwaukee, WI 53202
            (414) 488-1844
            (414) 875-3331 (fax)
            mazzulla@litchfieldcavo.com
            pollock@litchfieldcavo.com