UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

MPC (DOB 10/10/1996), by his guardian, CMC,

    Plaintiff,

v.

RACINE COUNTY, JALEE BANACH, HOPE OTTO, MY CHOICE WISCONSIN, INC., MICHELE KENNON, HELPING HANDS ON 75TH STREET, LLC, DORAN JOSE KEMP II a/k/a DORAN J. KEMP, JR., ALEX MAYFIELD, LEKEISHA M. JOHNSON, DANNY C. WEBB, ROGER L. HUGHLEY, LORI KNAPP RICHLAND, INC., JOHN DOES 1-25, ABC INS. CO., DEF INS. CO., GHI INS. CO, JKL INS. CO., MNO INS. CO., and MICHAEL MIXON,

    Defendants.

Case No.: 2:24-cv-00630

---

## DEFENDANT MY CHOICE WISCONSIN, INC.'S CORPORATE DISCLOSURE STATEMENT

---

NOW COMES Defendant My Choice Wisconsin, Inc., by its undersigned counsel, and hereby makes the following disclosures pursuant to Fed. R. Civ. P. 7.1 and Civil L. R. 7.1:

Full name of nongovernmental party: My Choice Wisconsin, Inc.

Name of any parent corporation and any publically held corporation owning 10% or more of its stock: Molina Healthcare, Inc.

Names of all firms whose attorneys will appear, or are expected to appear for the party: Litchfield Cavo LLP and Michael Best & Friedrich LLP.

Dated: <u>July 29, 2024</u>	LITCHFIELD CAVO LLP
	Attorneys for My Choice Wisconsin Inc.

	<u>	/s/ *Alan J. Mazzulla*	</u>
	Alan J. Mazzulla
	Wis. State Bar No. 1107143
	John L. Pollock
	Wis. State Bar No. 1056541
	250 East Wisconsin Ave., Suite 800
	Milwaukee, WI 53202
	(414) 488-1844
	(414) 875-3331 (fax)
	mazzulla@litchfieldcavo.com
	pollock@litchfieldcavo.com