UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

___

MPC (DOB 10/10/1996), by his guardian, CMC,

    Plaintiff,

v.

RACINE COUNTY, JALEE BANACH, HOPE OTTO, MY CHOICE WISCONSIN, INC., MICHELE KENNON, HELPING HANDS ON 75TH STREET, LLC, DORAN JOSE KEMP II a/k/a DORAN J. KEMP, JR., ALEX MAYFIELD, LEKEISHA M. JOHNSON, DANNY C. WEBB, ROGER L. HUGHLEY, LORI KNAPP RICHLAND, INC., JOHN DOES 1-25, ABC INS. CO., DEF INS. CO., GHI INS. CO, JKL INS. CO., MNO INS. CO., and MICHAEL MIXON,

    Defendants.

Case No.: 2:24-cv-00630

___

### DEFENDANT MY CHOICE WISCONSIN, INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

___

NOW COMES Defendant My Choice Wisconsin, Inc., by its undersigned counsel, and hereby makes the following supplemental disclosures pursuant to Fed. R. Civ. P. 7.1 and Civil L. R. 7.1:

Full name of nongovernmental party: <u>My Choice Wisconsin, Inc.</u>

Name of any parent corporation and any publically held corporation owning 10% or more of its stock: <u>There is no such corporation.</u>

Names of all firms whose attorneys will appear, or are expected to appear for the party: <u>Litchfield Cavo LLP</u> and <u>Michael Best & Friedrich LLP</u>.

Dated: <u>July 29, 2024</u>   LITCHFIELD CAVO LLP
Attorneys for My Choice Wisconsin Inc.

<u>        /s/ *John L. Pollock*        </u>
John L. Pollock
Wis. State Bar No. 1056541
Alan J. Mazzulla
Wis. State Bar No. 1107143
250 East Wisconsin Ave., Suite 800
Milwaukee, WI 53202
(414) 488-1844
(414) 875-3331 (fax)
mazzulla@litchfieldcavo.com
pollock@litchfieldcavo.com