

In response to Case number 24-CV-0630

Plaintiffs MPC, By His Guardian, CMC

Defendant: Racine County, EL AL

Document Type: Summons, Complaint & Attachment(s) Exhibits(s)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2024 OCT 21 P 2:30
CLERK OF COURT

To who it my concern; Pleads NOT GUILTY to all counts

Doran Kemp II

~~250832 P.O Box Milwaukee WI 53225~~ N62W12921 River Heights menomonee Falls WI 53051
414.530.9018

~~Helping Hands on 75th Street~~

~~Helpinghandson75@yahoo.com~~

                Count 1  *not guilty

Deliberate indifference in violation of the fourteenth amendment

                Count 2  *not guilty

Negligence

                Count 3  *not guilty

Failure To Train and Supervise

                Count 4  *not guilty

Negligent Infliction of emotional Distress

                Count 5  *not guilty

Intentional Infliction of Emotional Distress

                Count 6  *not guilty

Civil Liability for Sexual Assault in Violation of Wisconsin Stats 940.225

                Count 7  *not guilty

State Law Battery

Count 8 *not guilty

1993 Municipal Monell liability ( Failure to Train and Supervise)

Count 9 *not guilty

Direct Action Against Insurer Pursuant to Wis State 632.24

To who it my concern; Pleads NOT GUILTY to all counts

*Lekeisha Johnson*

I Lekeisha Kemp the Estate of Doran Jose Kemp II would like to file ~~this repo~~ this response to case #24-CV-0630 due to his death as of July 8, 2024

LeKeisha Kemp 10/21/24.