UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MPC, by his guardian, CMC,

        Plaintiff,

v.

RACINE COUNTY, et al,

        Defendants.

Case No. 24-cv-0630-bhl

---

## ORDER

---

On May 21, 2024, Plaintiff MPC, by his guardian, CMC, filed a civil rights complaint against a host of defendants, including Racine County, two corporations, an LLC, nine individual defendants, and five unidentified/fictitious insurance company defendants. (ECF No. 1.) On September 24, 2024, pursuant to Federal Rule of Civil Procedure 4(m), the Court dismissed Plaintiff's claims against Defendants Roger L. Hughley, Michele Kennon, and Lekeisha M. Johnson without prejudice based on Plaintiff's failure to timely file proof of service on those parties. (ECF No. 38.) On October 21, 2024, Lekeisha M. Johnson filed a "Response" to the complaint. (ECF No. 42.) Because Plaintiffs' claims against Johnson have been dismissed, she is not a party to the case and her filing was unnecessary and may be disregarded.

Dated at Milwaukee, Wisconsin on October 29, 2024.

                                              s/ *Brett H. Ludwig*
                                              BRETT H. LUDWIG
                                              United States District Judge